UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| YOUNG'S PROFESSIONAL SERVICES L L C ET AL | CIVIL ACTION NO. 19-cv-1347 |
| VERSUS | JUDGE JUNEAU |
| SHERIDAN ANESTHESIA SERVICES OF LOUISIANA INC ET AL | MAGISTRATE JUDGE WHITEHURST |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the lack of objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Remand [Doc. 15] is GRANTED.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 23rd day of April, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE